UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-6794-CAS(CWx) | Date | May 22, 2014 |
|---|---|---|---|
| Title | *FEDERAL TRADE COMMISSION v. APPLIED MARKETING SCIENCES, LLC; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

  **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 6, 2014** why this action should not be dismissed for lack of prosecution **as to defendants APPLIED MARKETING SCIENCES, LLC; STANDARD REGISTRATION CORPORATION DBA CONSOLIDATED RESEARCH AUTHORITY AND CRA; and WORLDWIDE INFORMATION SYSTEMS INCORPORATED DBA SPECIFIC MONITORING SERVICE DBA SMS DBA SPECIFIC REPORTING SERVICE DBA SRS DBA UNIVERSAL INFORMATION SERVICES DBA UIS DBA COMPENDIUM SAMPLER SERVICES DBA CSS, only.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

  Plaintiff is advised that the Court will consider the following:

1)  An answer by **defendants APPLIED MARKETING SCIENCES, LLC; STANDARD REGISTRATION CORPORATION DBA CONSOLIDATED RESEARCH AUTHORITY AND CRA; and WORLDWIDE INFORMATION SYSTEMS INCORPORATED DBA SPECIFIC MONITORING SERVICE DBA SMS DBA SPECIFIC REPORTING SERVICE DBA SRS DBA UNIVERSAL INFORMATION SERVICES DBA UIS DBA COMPENDIUM SAMPLER SERVICES DBA CSS,** or plaintiff's request for entry of default on these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |